Abby Pendleton (SBN 55736)
apendleton@thehlp.com
Clinton Mikel (SBN 251319)
cmikel@thehlp.com
The Health Law Partners, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
P: (248) 996-8510; F: (248) 996-8525
*Attorneys for Defendant(s)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **United States of America, *ex rel.*, Samantha Gates, Curtis Moore, and Vanessa Pawlak,** <br><br> *Plaintiffs,* <br><br> vs. <br><br> **Centria Healthcare, Et. Al.** <br><br> *Defendants.* | Case No.: 4:19-cv-10941-SDD-DRG <br> (D. Ct. Judge, Hon. Stephanie Dawkins -Davis) <br> (Magistrate, Hon. David R. Grand) <br><br><br> **NOTICE OF APPEARANCE** |

# Notice of Appearance

**PLEASE TAKE NOTICE**, that Abby Pendleton, Esq., of The Health Law Partners, P.C., hereby appears for Defendants, Centria Healthcare, Scott Barry, Alicia Decker Kidwell, Kyle Kidwell, Richard Loewenstein, Steven Merahn, M.D., Mark Mitchell, Michelle Carter Pierce, Darren Schwartz, Jeffrey Steigerwald, and Chris Wilcox, in the above entitled action, and demands that a copy of any and all documents and papers in this action be served upon the undersigned.

**Dated:** February 5, 2020

/s/ Abby Pendleton
Abby Pendleton, Esq. (SBN: 55736)
Attorney for Defendants
Centria Healthcare, Scott Barry, Alicia Decker Kidwell, Kyle Kidwell, Richard Loewenstein, Steven Merahn, M.D., Mark Mitchell, Michelle Carter Pierce, Darren Schwartz, Jeffrey Steigerwald, and Chris Wilcox

## PROOF OF SERVICE
## STATE OF MICHIGAN, COUNTY OF OAKLAND

At the time of service, I was over 18 and **not a party to this action**. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.

On February 5, 2020, I served true copies of the foregoing document(s) described as **NOTICE OF APPEARANCE**

on the interested parties:

> JASON T. BROWN
> E-mail: jtb@jtblawgroup.com
> PATRICK S. ALMONRODE
> patalmonrode@jtblawgroup.com
> BROWN, LLC
> 111 Town Place Square, Suite 400
> Jersey City, NJ 07310
> Phone: (877) 561-0000
> Fax: (855) 582-5297
> Attorneys for Plaintiffs/Relators
> Samantha Gates, Curtis Moore, and
> Vanessa Pawlak
>
> JONNY ZAJAC
> jonny.zajac@usdoj.gov
> Assistant United States Attorney
> U.S. DEPARTMENT OF JUSTICE
> 211 W. Fort Street, Suite 2001
> Detroit, MI 48226
> Phone: (313) 226-0230

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

i

Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 5, 2020, at Farmington Hills, Michigan.

/s/ Abby Pendleton
Abby Pendleton
