Jason T. Brown
E-mail: jtb@jtblawgroup.com
Patrick S. Almonrode
E-mail: patalmonrode@jtblawgroup.com
BROWN, LLC
111 Town Place Square, Suite 400
Jersey City, NJ 07310
Phone: (877) 561-0000
Fax: (855) 582-5297
*Attorneys for Plaintiffs/Relators*

Abby Pendleton (SBN 55736)
apendleton@thehlp.com
Clinton Mikel (SBN 251319)
cmikel@thehlp.com
The Health Law Partners, P.C.
32000 Northwestern Hwy., Suite 240
Farmington Hills, MI 48334
P: (248) 996-8510; F: (248) 996-8525
*Attorneys for Defendant(s)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **United States of America,** *ex rel.*, **Samantha Gates, Curtis Moore, and Vanessa Pawlak,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**Centria Healthcare, Et. Al.**<br><br>*Defendants.* | Case No.: 4:19-cv-10941-SDD-DRG<br>(D. Ct. Judge, Hon. Stephanie Dawkins-Davis)<br>(Magistrate, Hon. David R. Grand)<br><br>**Stipulation to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint, and Proposed Order** |

## Stipulation to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint, and Proposed Order

**WHEREAS**, on March 29, 2019, Plaintiffs/Relators filed a complaint under seal, pursuant to 31 U.S.C. § 3730(b)(2) (Dkt. No., 1) ("**Complaint**"); and

**WHEREAS**, on December 9, 2019, Plaintiff, the United States of America, filed a Notice of Election to Decline Intervention, through Assistant United States Attorney, Jonny Zajac (Dkt. No., 8); and

**WHEREAS**, on December 30, 2019, the Honorable District Judge, Sean F. Cox, issued an order unsealing the Complaint (Dkt. No., 9); and

**WHEREAS**, on February 3, 2020, counsel for Defendants returned to Plaintiffs/Relators' counsel, signed waivers of summons/service, accepting service on behalf of all Defendants;

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys, that Defendants, Centria Healthcare, Scott Barry, Alicia Kidwell, Kyle Kidwell, Richard Loewenstein, Steven Merahn, M.D., Mark Mitchell, Michelle Carter Pierce, Darren Schwartz, Jeffrey Steigerwald, and Chris Wilcox, will have additional time within which to answer, move, or otherwise respond to Plaintiff/Relators' Complaint.

Therefore, the last day for Defendants to answer, move or otherwise respond to Plaintiffs/Relators' Complaint is **Wednesday, April 1, 2020**.

Case 4:19-cv-10941-SDD-DRG   ECF No. 22   filed 02/05/20   PageID.171   Page 2 of 5

1

Stipulation to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint, and Proposed Order
Case No.: 4:19-cv-10941-SDD-DRG

| | |
|---|---|
| **Dated:** February 5, 2020 | **THE HEALTH LAW PARTNERS, P.C.** |
| | /s/ Abby Pendleton<br>Abby Pendleton, Attorney for Defendants Centria Healthcare, Scott Barry, Alicia Kidwell, Kyle Kidwell, Richard Loewenstein, Steven Merahn, M.D., Mark Mitchell, Michelle Carter Pierce, Darren Schwartz, Jeffrey Steigerwald, and Chris Wilcox |
| **Dated:** February 5, 2020 | **BROWN, LLC** |
| | /s/ Jason Brown<br>Jason T. Brown, Attorney for Plaintiffs/Relators United States of America ex rel., Samantha Gates, Curtis Moore and Vanessa Pawlak |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants shall answer, move, or otherwise respond to Plaintiffs/Relators complaint on or before Wednesday, April 1, 2020.

**IT IS SO ORDERED.**

**DATED**: _____, 2020

_____
Honorable Stephanie Dawkins-Davis
United States District Court Judge

# PROOF OF SERVICE
## STATE OF MICHIGAN, COUNTY OF OAKLAND

At the time of service, I was over 18 and **not a party to this action**. I am employed in the County of Oakland, State of Michigan. My business address is 32000 Northwestern Highway, Suite 240, Farmington Hills, Michigan, 48334.

On February 5, 2020, I served true copies of the foregoing document(s) described as **Stipulation to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint, and Proposed Order**

on the interested parties:

>JASON T. BROWN
>jtb@jtblawgroup.com
>PATRICK S. ALMONRODE
>patalmonrode@jtblawgroup.com
>BROWN, LLC
>111 Town Place Square, Suite 400
>Jersey City, NJ 07310
>Phone: (877) 561-0000
>Fax: (855) 582-5297
>Attorneys for Plaintiffs/Relators
>Samantha Gates, Curtis Moore, and
>Vanessa Pawlak
>
>JONNY ZAJAC
>jonny.zajac@usdoj.gov
>Assistant United States Attorney
>U.S. DEPARTMENT OF JUSTICE
>211 W. Fort Street, Suite 2001
>Detroit, MI 48226
>Phone: (313) 226-0230

**CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in

the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 5, 2020, at Farmington Hills, Michigan.

/s/ Abby Pendleton
Abby Pendleton

4822-5042-5779, v. 2

ii

Proof of Service
Stipulation to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint, and Proposed Order
Case No.: 4:19-cv-10941-SDD-DRG