UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America ex rel., Samantha Gates, Curtis Moore and Vanessa Pawlak,

    Plaintiff(s),

v.

Centria Healthcare Et Al.,

    Defendant(s).
    _____/

Case No. 4:19-cv-10941

Judge Stephanie Dawkins Davis

Magistrate Judge David R. Grand

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Centria Healthcare**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: February 5, 2020

s/Abby Pendleton

55736
The Health Law Partners, P.C.
32000 Northwestern, #240
Farmington Hills, MI 48334
(248) 996-8510
apendleton@thehlp.com