# INDEX OF EXHIBITS

- **Exhibit 1** – Order to Show Cause Holding Curtis Moore in Contempt of Court, Dated September 22, 2017
- **Exhibit 2** – Complaint in Centria v. Gates, Moore, and Pawlak, December 20, 2017
- **Exhibit 3** – Counter Complaint and Third-Party Complaint, Filed February 5, 2018, In Centria v. Gates, Moore, and Pawlak
- **Exhibit 4** – Complaint in United States ex rel. Ashlon Williamson, Eastern District of Michigan, Case No. 4:17-cv-1139-LPV-rsw, Filed April 27, 2017
- **Exhibit 5(A)** – Michigan Department of Health and Human Services ("MDHHS") Policy Bulletin Issued June 1, 2018
- **Exhibit 5(B)** - Michigan Medicaid Provider Manual, Showing Changes Effective July 1, 2018 and MDHHS
- **Exhibit 6(A)(1)** - Michigan Medicaid Manual ABA Excerpt, October 1, 2016
- **Exhibit 6(A)(2)** - Michigan Medicaid Manual ABA Excerpt, October 1, 2017
- **Exhibit 6(A)(3)** - Michigan Medicaid Manual ABA Excerpt, October 1, 2019

EXHIBITS TO
Defendant Centria's Brief in Support of Its Motion to Dismiss Complaint
Case No.: 4:19-cv-10941-SDD-DRG

- **Exhibit 6(A)(4) -** Michigan Medicaid Manual ABA Excerpt, April 1, 2020
- **Exhibit 6(B) -** MDHHS Medicaid Beneficiary Co-Payment Bulletin