# INDEX OF EXHIBITS

- **Exhibit 1** – Order to Show Cause Holding Curtis Moore in Contempt of Court, Dated September 22, 2017

- **Exhibit 2** – Michigan Medicaid Provider Manual, Showing Changes Effective July 1, 2018

- **Exhibit 3(A)(1) -** Michigan Medicaid Manual ABA Excerpt, October 1, 2016

- **Exhibit 3(A)(2) -** Michigan Medicaid Manual ABA Excerpt, October 1, 2017

- **Exhibit 3(A)(3) -** Michigan Medicaid Manual ABA Excerpt, October 1, 2019

- **Exhibit 3(A)(4) -** Michigan Medicaid Manual ABA Excerpt, April 1, 2020

- **Exhibit 3(B) -** MDHHS Medicaid Beneficiary Co-Payment Bulletin

THE HEALTH LAW PARTNERS, P.C.