IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **SAMANTHA GATES**, and **VANESSA PAWLAK**,<br><br>  Plaintiffs,<br><br>v.<br><br>**CENTRIA HEALTHCARE**, *et al.*,<br><br>  Defendants. | **No. 4:19-cv-10941-SDD-DRG**<br><br>Hon. Stephanie Dawkins Davis, USDJ<br><br>Hon. David R. Grand, USMJ |

## **ORDER**

Attorney Jason T. Brown having moved to withdraw his appearance on behalf of Relators (Dkt. No. 38), and Defendants having responded that they do not object (*see* Dkt. No. 39), and for other good cause shown, the motion to withdraw is hereby **GRANTED**. Relators have 45 days, up to and including Monday, July 6, 2020, to retain new counsel. New counsel will have 21 days from the date of his or her appearance to respond to the pending Motions to Dismiss (Dkt. Nos. 31 and 32).

Dated: May 20, 2020

s/Stephanie Dawkins Davis
Stephanie Dawkins Davis
United States District Judge
